JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| YVETT LILLY,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br><br>                Defendant. | Case No. EDCV 12-00381-MLG<br><br>          JUDGMENT |

IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.


DATED:   September 24, 2012

_____
MARC L. GOLDMAN
United States Magistrate Judge